1  Zachary M. Best, SBN 166035
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: service@mission.legal

5  Attorneys for Plaintiff,
   Rachel Bryant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT, | No. 1:18-cv-00158-DAD-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER** |
| vs. | |
| PANE DELLA VITA II, INC., et al.; | |
| Defendants. | |

**WHEREAS**, a Mandatory Scheduling Conference is set in this case for May 8, 2018 at 8:30 a.m.;

**WHEREAS,** Plaintiff, Rachel Bryant ("Plaintiff"), recently passed away;

**WHEREAS,** a personal representative for Plaintiff's estate has not yet been determined and counsel for Plaintiff requires additional time to consult with Plaintiff's successors regarding their intentions;

**NOW, THEREFORE,** the parties, by and through their counsel, respectfully request that the Mandatory Scheduling Conference set for May 8, 2018 be continued to a date after

June 22, 2018 at the Court's convenience, to allow Plaintiff's estate time to determine how to proceed with the case.

Dated: April 18, 2018                MISSION LAW FIRM, A.P.C.

                                     */s/ Zachary M. Best*
                                     Zachary M. Best
                                     Attorneys for Plaintiff,
                                     Rachel Bryant

Dated: April 18, 2018                OVERSTREET & ASSOCIATES

                                     */s/ Rachelle Taylor Golden*
                                     Rachelle Taylor Golden
                                     Attorneys for Defendants,
                                     Pane Della Vita II, LLC aka Pana Della Vita, LLC dba Batter Up Pancakes, and Cedar & Nees LP

## **ORDER**

The parties' stipulation and proposed order to continue the Mandatory Scheduling Conference is GRANTED. (Doc. 8). The scheduling conference set for 5/8/2018 is **CONTINUED to July 24, 2018 at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties SHALL file their JOINT Scheduling Conference Report one week prior to the conference.

IT IS SO ORDERED.

Dated:   **April 20, 2018**                /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE